582

No. 45561.—Protest 50623–K of Sun Goon Shing Co. (New York).

Opinion by Evans, J. It was stipulated that the merchandise consists of fish and beans in lard the same as that passed upon in Abstracts 42516 and 43020. The claim at 20 percent under paragraph 1558, was therefore sustained.

No. 45562.—Protest 43591–K of Peat Import Corp. (New York).

Opinion by Evans, J. It was agreed that the brands "Pioneer GPM" and "Justrite Garden Peat Moss" are the same in all material respects as the peat moss involved in Peat Import Corp. v. United States (4 Cust. Ct. 181, C. D. 319) and Abstract 44826. The claim for free entry under paragraph 1685 was therefore sustained.

No. 45563.—Protests 47387–K, etc., of Allen Forwarding Co. et al. (Philadelphia).

Opinion by Evans, J. It was stipulated that merchandise invoiced as "green" or "horticultural" peat moss is similar to that the subject of Peat Moss Corp. v. United States (4 Cust. Ct. 181, C. D. 319). The claim for free entry under paragraph 1685 was therefore sustained.

No. 45564.—Protest 948910–G of Haas Bros. d/b/a Terminal Liquors, Ltd. (San Francisco).

Opinion by Evans, J. In accordance with stipulation of counsel and on the authority of Burke v. United States (3 Cust. Ct. 276, C. D. 253) the liqueur in question was held dutiable at $2.50 per proof gallon under paragraph 802 and T. D. 48316 as claimed.

No. 45565.—Protests 972283–G, etc., of Geo. S. Bush & Co., Inc. (Seattle).

Opinion by Evans, J. It was stipulated that the ginger root in question is the same as that passed upon in Wilson v. United States (28 C. C. P. A. 63, C. A. D. 126). The claim for free entry under paragraph 1768 was therefore sustained.

No. 45566.—Protests 974417–G, etc., of Allen Forwarding Co. et al. (Philadelphia).

Opinion by Evans, J. It was stipulated that the ginger root in question is the same as that passed upon in Wilson v. United States (28 C. C. P. A. 63, C. A. D. 126). The claim for free entry under paragraph 1768 was therefore sustained.

No. 45567.—Protests 999759–G, etc., of Quong Yee Wo et al. (New York).

Opinion by Evans, J. In accordance with stipulation of counsel and on the authority of Oy Wo Tong Co. v. United States (5 Cust. Ct. 70, C. D. 372) the protests were sustained.